# LEVEL 1

*These officers, officials Are doing Nothing at all for us? Here at Gilmore Prison*

# WATCHFUL WAIT

*July 2020 - Put out by Warden Baldwin, Captain McKee, Captain Averte?*



*Not Even The Supervisors are Not*

*The officer's on Both shifts are Not at all wearing Anything*
- Staff must wear appropriate PPE when entering cell/dorm (Mask and gloves). *Not Being worn at all by No officers et al. Over their faces —*
- Inmates MUST have clean masks available *Not being given out by officers at all.*
- Meals are served at the end of each meal cycle as a dorm/group *Meals Not Nutrishing at all. Rats, Roche's Bug's mice in kitchen. Kitchen unit unclean.*
- Hygiene and cleaning supplies available to inmates *were Not being given out at all*
- Bathrooms and showers are to be cleaned after use *Fall of Mod-warmer*
- Please use RED HAZARD bags outside cell/dorm door to dispose of PPE's *What give us Any Bags at all for Garbage bags*
- Inmate movement is restricted. *Keeping Doors locked all the time, locked Behind Bar - B-one-wire windows. No officers is at A.R. 506. 50 8.*
- Inmates escorted to medical or mental health units as a dorm/group *were being Denied Adequate Medical Attention Treatment From H, B-O-C, and medical testcaps A.R. 708*
- Yard time separate from general population while maintaining 6 ft. of social distancing *When Yard all. All dorms should open, Inmates should be Also Allowed to use it within dorms!*